J. *Morgan* for petitioner. *Messrs. Howard G. Wilson* and *Frederick W. Newton* for respondent.

No. 884. MALONE *v.* UNITED STATES. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Weaver* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, William H. Boyd,* and *A. M. Sellers* for the United States.

No. 885. EQUITABLE LIFE INS. Co. *v.* GERMANTOWN TRUST Co., TRUSTEE. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Phineas M. Henry* for petitioner. *Mr. J. Rich Guckes* for respondent.

No. 886. WIESE *v.* COMMISSIONER OF INTERNAL REVENUE. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. Kennedy McCook* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 874. FORT WORTH ET AL. *v.* LONE STAR GAS Co. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. E. Rouer* for petitioners. *Messrs. Roy C. Coffee, Marshall Newcomb,* and *Ogden K. Shannon* for respondent.